# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Case No. 05-3033-CV-S-FJG |
| Two tracts of land in Springfield, Greene County, Missouri, with all their Buildings, Appurtenances, and Improvements, | ) ) ) ) |
| | ) |
| and | ) |
| | ) |
| One tract of land in Webster County, Missouri, with all their Buildings, Appurtenances, and Improvements, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Currently pending before the Court is a Motion for Leave to File Answer to Amended Complaint for Forfeiture in Rem Out of Time (Doc. # 25) and a Motion to Stay Civil Forfeiture Action (Doc. # 26).

Claimant, Ryan Dill, has moved for leave to file his Answer to the Amended Complaint to the Forefeiture in Rem Out of Time. The Government does not oppose this motion. Accordingly, claimant Dill's Motion for Leave to File Answer to Amended Complaint Out of Time is hereby **GRANTED** (Doc. # 25).

The United States has moved the Court to stay this civil action in order to allow the criminal case, <u>United States v. Lopez, et al.</u>, No. 05-03096-01/25-CR-S-RED, which was indicted on July 8, 2005, to proceed. The United States indicates that the property

which is named in the civil action is identical to that named in the criminal indictment and if the criminal case is completed, there will be no need to duplicate efforts by completing the civil case.

For good cause shown and with no opposition indicated, the Court hereby **GRANTS** the Government's Motion to Stay the Civil Forfeiture Action, Case No. 05-3033-CV-S-FJG. The above referenced action is hereby **STAYED** until further Order of the Court. The Government is directed to file a status report on or before December 1, 2005, to update the Court on whether the stay should continue in effect.

Date: September 8, 2005             **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                  Fernando J. Gaitan, Jr.
                                                           United States District Judge

2

Case 6:05-cv-03033-FJG   Document 27   Filed 09/08/05   Page 2 of 2